THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. ANNA GLASMAN, Also Known as ANNIE GLASMAN, Individually, etc., and Others, Defendants. JACOB STOHL, Appellant.— Order denying motion of defendant Stohl to declare his judgment a lien prior to plaintiff's mortgages affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ELIZABETH C. BARTON, Respondent, v. OSTEND BATHS, INC., and Others, Defendants. SAMUEL and SOLOMON SOCHET, Doing Business as GRAND UNION TEXTILE MILLS, Appellants, v. THOMAS DOWNS, as Receiver for OSTEND BATHS, INC., and EDWARD FLYNN, as Administrator of HELEN FLYNN, Respondents. MANNIE COHN, Appellant, v. THOMAS DOWNS, as Receiver for OSTEND BATHS, INC., and EDWARD FLYNN, as Administrator of HELEN FLYNN, Respondents.— Order directing distribution of proceeds by receiver affirmed, without costs; order to recite stipulation of the parties to this appeal. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

SHEPARD BENJAMIN, Appellant, v. WILLIAM POTRUCH and Others, Respondents.— Judgment reversed upon the law and the facts and new trial granted, with costs to the appellant to abide the event. Findings of fact 2, 3, 4, 5, 7, 8, 10, 11, 12, 13 and 14 are reversed as well as conclusions of law 1, 2 and 3. In our opinion, the plaintiff made out a *prima facie* case, and the court erred in dismissing the complaint at the end of plaintiff's case. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.

FRANCIS M. COSTELLO, Respondent, v. JOHN MICHAELS, Appellant. (Appeal No. 2.) — Order granting plaintiff's motion to strike out separate defense in second amended answer reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The determination is based upon the question of pleading only. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

CECELIA DOW, Appellant, v. KEW FOREST COACH Co., INC., and Others, Defendants. LOUIS COHEN, Attorney, Respondent.— Order substituting attorney modified so as to provide that the lien awarded the respondent, Louis Cohen, be reduced to ten per cent, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.